United States Bankruptcy Court

Western District of New York

| | |
|---|---|
| In re: | Case No. 17-21156-PRW |
| Bernice Roots | Chapter 13 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0209-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Apr 08, 2021 | Form ID: pdforder | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Bernice Roots, 570 Smith Street, Rochester, NY 14608-1530 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion02.ro.ecf@usdoj.gov | Apr 08 2021 18:33:00 | Office of the U.S. Trustee, 100 State Street, Room 6090, Rochester, NY 14614-1321 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 10, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| George M. Reiber | trustee13@roch13.com greiber@roch13.com |
| Ronald S. Goldman | on behalf of Debtor Bernice Roots rosgol@yahoo.com |

TOTAL: 2

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
ROCHESTER DIVISION

_____

In re:                                                **ORDER DISMISSING CASE**
                                                         Case No.: 17-21156-PRW
                                                         Chapter 13

        Bernice Roots,

                Debtor

_____

The above Debtor, having failed to make plan payments pursuant to the confirmed plan, as appears from the sworn statement of the Trustee, and due notice having been given to said Debtor and the Debtor's attorney, and no one having appeared in opposition thereto,

Now on motion of George M. Reiber, Trustee, it is:

**ORDERED** that the petition filed under Chapter 13 of the Bankruptcy Code on October 27, 2017, be dismissed pursuant to 11 U.S.C. § 1307(c)(1) for unreasonable delay, prejudicial to creditors, and § 1307(c)(6) for material default by the Debtor with respect to the terms of the confirmed plan; and it is further

**ORDERED** that the Court retains jurisdiction to receive and pass upon the final report of the Trustee and to make such further orders with respect to fees as may be necessary; and it is further

**ORDERED** that the Trustee shall take all necessary steps to close this case; and it is further

**ORDERED** that all creditors of this proceeding be, and they hereby are, notified of the dismissal of said petition, and that the Trustee shall give written notice of the dismissal to all creditors.

DATED: April 8, 2021                            _____/s/_____
         Rochester, New York                 HON. PAUL R. WARREN
                                                                United States Bankruptcy Judge